O
JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ZHI LI,<br><br>    Plaintiff,<br><br>    v.<br><br>UR M. JADDOU, ET AL.,<br><br>    Defendants. | Case No.: 2:22-cv-9310-MEMF (JPRx)<br><br>**ORDER GRANTING**<br>**JOINT STIPULATION TO STAY THE CASE**<br>**PENDING ADJUDICATION OF APPLICATION**<br>**[ECF NO. 9]** |

    The Court, having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application (ECF No. 9), and finding good cause therefor, hereby GRANTS the Stipulation. The instant action is hereby STAYED until August 18, 2023. This stay is subject to the following conditions:

1. USCIS has scheduled Plaintiff's asylum interview to take place on April 6, 2023, at 8:45 a.m., at the Los Angeles Asylum Office in Tustin, California. USCIS intends to conduct the interview on the date set however, the parties understand that due to unexpected staffing limitations or other unforeseen circumstances that may arise, USCIS reserves its right to cancel and reschedule the interview. Should rescheduling be necessary, the interview will be

rescheduled within 4 weeks of the original interview date, absent unforeseen or exceptional circumstances;

2. Plaintiff agrees to attend the interview on the date listed above absent unforeseen or exceptional circumstances;

3. If needed, Plaintiff agrees to only make one interview reschedule request and to notify the Los Angeles Asylum Office of the reschedule request, in writing, prior to the scheduled interview date. Plaintiff may email the reschedule request to LosAngelesAsylum@uscis.dhs.gov;

4. If multiple reschedule requests are made by Plaintiff, USCIS may place the asylum application back into the Los Angeles Asylum Office's general interview scheduling priorities.
*See https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum/affirmative-asylum-interview-scheduling;*

5. Plaintiff understands that additional interview(s) may be required by USCIS as part of the asylum interview process and the adjudication of the application;

6. USCIS agrees to diligently work towards completing adjudication of the asylum application within 120 days of completion of Plaintiff's asylum interview, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication;

7. In the event that USCIS does not complete adjudication of the asylum application within 120 days of the completion of the asylum interview, USCIS will provide a status report to the Court;

8. Plaintiff agrees to submit all supplemental documents and evidence, if any, to USCIS prior to the agreed upon scheduled interview based on the following timelines. Plaintiff may email any supplemental documents to LosAngelesAsylum@uscis.dhs.gov at least seven (7) calendar days before the interview. Alternatively, Plaintiffs may mail the supplemental documents to the Los Angeles Asylum Office, P.O. Box 2003, Tustin, CA 92781-2003, postmarked no later than ten (10) calendar days prior to the scheduled asylum interview. Plaintiff recognizes that failure to submit these documents in a timely manner may result in

2

the interview being rescheduled at no fault of USCIS;

9. Upon receipt of the asylum application decision from the Los Angeles Asylum Office, Plaintiff agrees to voluntarily dismiss the case; and

10. Each party agrees to bear his, her or its own litigation costs, expenses, and attorney fees.

Dated: March 15, 2023

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge